**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>$43,029 IN U.S. CURRENCY, et al.<br><br>   Defendant.<br>_____/<br>HECTOR VASQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA.<br><br>   Defendant.<br>_____<br>HECTOR VASQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA<br><br>   Defendant.<br>_____ | No. C 06-07421 JSW<br>No.  C 07-1880 JSW<br>No. C 07-2185 JSW<br><br>**ORDER REFERRING RELATED CASES TO MAGISTRATE JUDGE** |

On May 18, 2007, at the initial case management conference held in *United States of America v. $43,029 in U.S. Currency, et al.*, 06-7421 and in *Hector Vasquez v. United States of America*, 07-1880, the parties consented on the record to refer these cases and the related case of *Hector Vasquez v. United States of America*, 07-2815, to a randomly assigned magistrate

judge for all purposes. In recent filings, the United States has clarified that it consented to a randomly assigned magistrate judge in San Francisco.

Consents from both parties have now been filed in all cases. Accordingly, pursuant to Northern District Local Rule 73-1 and the parties' consent, these cases are HEREBY REFERRED to a randomly assigned Magistrate Judge within the San Francisco division for all further proceedings, including trial and entry of judgment.

**IT IS SO ORDERED.**

Dated: June 19, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>$43,029 IN U.S. CURRENCY et al,<br><br>        Defendant. | No. C 06-07421 JSW<br>No.  C 07-1880 JSW<br>No. C 07-2185 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Vasquez
F29468
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Patricia Jean Kenney F
U.S. Attorney's Office
450 Golden Gate Ave.
10th Floor
San Francisco, CA 94102

Dated: June 19, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk