JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 436-7234
    Email: susan.b.gray@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $43,029 AND APPROXIMATELY $9,641 IN UNITED STATES CURRENCY <br>     Defendant. | No. C 06-7421 EDL <br><br> **UNITED STATES' CASE MANAGEMENT STATEMENT AND (~~PROPOSED~~) ORDER** <br><br> CMC Date:   October 17, 2008 <br> Time:         11 a.m. <br> Courtroom E, 15th Floor |

The United States of America respectfully submits this Case Management Statement.[1] As noted below, this case is currently before the court on a Motion for Default Judgement, therefore many of the areas usually covered in a case management conference statement are not applicable at this juncture and will not be covered in this statement.

**1. Facts**

The United States would normally file an extensive summary of the facts of the case. However,

---

[1] The United States is not filing a joint case management statement because there are no other parties to the case. Hector Vasquez's claim and answer were stricken by the Court on July 3, 2008.

-1-

1    the Court has had extensive dealings with this case, including the factual statement sent forth in the
2    Court's January 11, 2008, order.  As the Court is fully familiar with the facts of the case, they will not be
3    repeated here.
4    **2. Anticipated Motions**
5    On August 15, 2008, the United States requested the Clerk to Enter a Default.  The request was
6    granted and Clerk's Entry of Default was filed on August 21, 2008.  On October 7, 2008, the United
7    States filed a Motion for Default Judgement and a proposed Default Judgement Order. The motion is
8    noticed for November 18, 2008, at 9:00 a.m.
9    **3. Other Matters**.
10   There are no other parties to this case.  The only outstanding matter before the Court is the Motion
11   for Default Judgement scheduled for November 18, 2008.  If  no opposition is filed by October 28, 2008,
12   the United States has requested that the matter be taken under submission and taken off calendar.  The
13   United States requests the court to continue the Case Management Conference currently set for October
14   17, 2008, until November 18, 2008.  If the Motion for Default Judgment is granted, there will be no need
15   for a Case Management Conference.  In addition, the Assistant United States Attorney in charge of this
16   case, and familiar with its long and convoluted history,  will be out of the office on Friday, October 17.
17   If the Court still wishes a Case Management Conference prior to the November 18, 2008, motion date,
18   the United States requests that it be continued one week until October 24, 2008.
19
20   DATED: October 7, 2008                    _____/S/_____
                                               SUSAN B. GRAY
21                                             Assistant United States Attorney
22

23   GOOD CAUSE APPEARING, the Case Management Conference scheduled for October 17, 2008 is
24   continued to __November 18, 2008__ at __9:00 am__.
25
                                               _Elizabeth D. Laporte_
26                                             _____
                                               ELIZABETH D. LAPORTE
27                                             United States Magistrate Judge
28

-2-